```
 1  Peter W. McGaw (Bar No. 104691)
    pmcgaw@archernorris.com
 2  ARCHER NORRIS
    2033 North Main Street, Suite 800
 3  Walnut Creek, CA  94596-3759
    Telephone:    925.930.6600
 4  Facsimile:    925.930.6620

 5  Attorneys for Plaintiff
    TARA HILLS DRIVE LIMITED, a California
 6  limited partnership

 7

    John Cu (Bar No. 207402)
 8  jcu@hansonbridgett.com
    Sophia Belloli (Bar No. 238403)
 9  sbelloli@hansonbridgett.com
    HANSON BRIDGETT LLP
10  425 Market Street, 26th Floor
    San Francisco, CA 94105
11  Telephone:    415.777.3200
    Facsimile:    415.995-3564
12
    Attorneys for Defendants
13  IN SOO OH and CHAN IM OH
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TARA HILLS DRIVE LIMITED, a California limited partnership, <br><br> Plaintiff, <br><br> v. <br><br> DARRYL L. PETKER; SHAUNA M. PETKER; MYONG-POX-HAN; CHANG-NAN HAN; PETER H. KIM; IN SOO OH; CHAN IM OH; and DOES 1 through 100, inclusive, <br><br> Defendants. | Case No.  C-11-06610 EDL <br><br> **JOINT REQUEST AND ORDER EXTENDING TIME TO SERVE COMPLAINT AND CROSS-CLAIM** <br><br> Action Removed: December 22, 2011 <br> Trial Date:     Not Assigned <br> Judge:          Honorable Elizabeth D. Laporte |

Whereas, the parties have and continue to make diligent efforts to locate un-served defendants and cross-defendants Darryl L. Petker, Shauna M. Petker, Myong-Pox-Han, Chang-

1  Nan Han and Peter H. Kim, but have so far been unable to locate said defendants and cross-
2  defendants; and
3      Whereas, the court has scheduled a further Case Management Conference for June 19,
4  2012 to, among other things, review the status of service with the existing parties; and
5      Whereas, absent an order of the court, under Rule 4(m) of the Federal Rules of Civil
6  Procedure, the parties have 120 days from the filing of the complaint and cross-claim within
7  which to serve their respective complaint and cross-claim;
8      Now, therefore, the parties do hereby jointly request the court issue an order allowing
9  them until the next Case Management Conference on June 19, 2012 to accomplish service.

11  Dated: April 25, 2012

ARCHER NORRIS    by JCK

*/s/ Peter W. McGaw/*

Peter W. McGaw
Attorneys for Plaintiff
TARA HILLS DRIVE LIMITED, a California
limited partnership

17  Dated: April 25, 2012

HANSON BRIDGETT

*/s/ Sophia Belloli/*

John Cu
Sophia Belloli
Attorneys for Defendants and Cross-Claimants
IN SOO OH and CHAN IM OH

**ORDER**

For good cause appearing, the Court hereby grants the parties' request for additional time to serve their respective complaint and cross-claim. The parties shall have until June 19, 2012 to accomplish service.

~~This Order is without prejudice to the parties to request additional time, for good cause, to accomplish service.~~

Dated: April 30, 2012



Judge Elizabeth D. Laporte