**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARA HILLS DRIVE LIMITED, | No. C -11-06610(EDL) |
| Plaintiff, | **ORDER** |
| v. | |
| DARRYL L. PETKER, | |
| Defendant. | |

On June 13, 2012, this Court issued an order granting leave to amend the pleadings to add an "aka" for Defendant Shauna Petker. Dkt. #28. Thereafter, the parties filed documents entitled "Second Amendment to Complaint" (Dkt. #29) and First Amendment to Counter-Claim and Cross-Claim" (Dkt. #30). These purported amendments do not comport with Local Rule 10-1, which requires that any party filing an amended pleading may not incorporate any part of a prior pleading by reference. The parties are ordered to file corrected amended pleadings that complaint with Local Rule 10-1.

IT IS SO ORDERED.

Dated: June 25, 2012

ELIZABETH D. LAPORTE
United States Magistrate Judge