09/14/2012  15:35   6617256743                BW                                PAGE  02/02

1 | James A. Murphy - 062223
  | John P. Girarde - 191518
2 | Erik P. Weiss - 241453
  | MURPHY, PEARSON, BRADLEY & FEENEY
3 | 88 Kearny Street, 10th Floor
  | San Francisco, CA 94108-5530
4 | Tel:  (415) 788-1900
  | Fax:  (415) 393-8087
5 |
6 | Attorneys for Defendants, Counterclaimants,
  | and Cross-Claimants IN SOO OH and CHAN IM OH
7 |
8 |                    UNITED STATES DISTRICT COURT
9 |                 FOR THE NORTHERN DISTRICT OF CALIFORNIA
10 |                         SAN FRANCISCO DIVISION

11 | TARA HILLS DRIVE LIMITED a California        Case No.: C 11-06610 EDL
   | limited partnership,
12 |                                              NOTICE OF APPEARANCE, REQUEST
   |         Plaintiff,                           FOR APPROVAL OF SUBSTITUTION OF
13 |                                              ATTORNEY, AND [PROPOSED] ORDER
   | v.                                           THEREON
14 |
15 | DARRYL L. PETKER; SHAUNA M. PETKER;
   | MYONG-POX-HAN; CHANG-NAN HAN;
16 | PETER H. KIM; IN SOO OH; CHAN IM OH; and
   | DOES 1 through 100, inclusive,
17 |
   |         Defendants.
18 |
19 |       Murphy, Pearson, Bradley & Feeney, P.C. hereby files this Notice of Appearance as counsel
20 | for Defendants, Counterclaimants, and Cross-Claimants IN SOO OH and CHAN IM OH ("OHS")
   | pursuant to L.R. 5-1(c)(2)(A).
21 |       Pursuant to L.R. 5-1(c)(2)(E) and 11-5, the OHS hereby request the substitution of the law firm
22 | Murphy, Pearson, Bradley & Feeney, P.C. as their attorneys of record in the above-captioned action,
23 | instead and in place of Hanson Bridgett LLP.
24 | I consent to this substitution.
25 | Dated:                                    *signature* 9-14-12
                                                IN SOO OH
26 |
27 | Dated:                                    *signature* 9/14/12
28                                              CHAN IM OH
                                          - 1 -

NOTICE OF APPEARANCE, REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY, AND [PROPOSED]
                                  ORDER THEREON

1 | I consent to this substitution.
2 | Dated: 11 Sept. 2012
3 |                                          MURPHY, PEARSON, BRADLEY & FEENEY
4 |
5 |                                          _____
                                             Erik P. Weiss
6 |                                          New Attorney for Defendants, Counterclaimants,
                                             and Cross-Claimants IN SOO OH and CHAN IM OH
7 |
8 | I consent to this substitution.
9 |
10 | Dated: 9/11/12
                                             HANSON BRIDGETT LLP
11 |
12 |                                         _____
                                             Sophia B. Belloli
13 |                                         Former Attorney for Defendants, Counterclaimants,
                                             and Cross-Claimants IN SOO OH and CHAN IM OH
14 |
15 |
16 |                                         **ORDER**
17 |     IN SOO OH's and CHAN IM OH's request to substitute Murphy, Pearson, Bradley & Feeney,
18 | P.C. as their attorneys of record instead and in place of Hanson Bridgett LLP is **GRANTED**.
19 | **IT IS SO ORDERED.**
20 | DATED: December 18, 2012
21 |
22 |                                         _____
                                             Elizabeth D. Laporte
23 |                                         MAGISTRATE JUDGE
24 |
25 |
26 |
27 |
28 | EPW.20476258.doc

- 2 -

NOTICE OF APPEARANCE, REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY, AND [PROPOSED]
ORDER THEREON

# CERTIFICATE OF SERVICE

I, Amy Garcia, declare:

I am a citizen of the United States, am over the age of eighteen years, and am not a party to or interested in the within entitled cause. My business address is 88 Kearny Street, 10th Floor, San Francisco, California 94108-5530.

On September 14, 2012, I served the following document(s) on the parties in the within action:

**NOTICE OF APPEARANCE, REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY, AND [PROPOSED] ORDER THEREON**

| | |
|---|---|
| XX | **VIA E-MAIL/NEF:** Service was accomplished through the Notice of Electronic Filing ("NEF") for parties and counsel who are registered ECF users. |

| | |
|---|---|
| Sophia Benson Strong Belloli<br>Hanson Bridgett LLP<br>425 Market St 26th FL<br>San Francisco, CA 94105 | Attorney For |
| Peter W. McGaw<br>Archer Norris<br>2033 North Main Street<br>Walnut Creek, CA 94596-3759 | Attorney For Plaintiff<br>TARA HILLS DRIVE LIMITED, a California limited partnership |
| Suzanne Foley Sprague<br>Gizzi & Reep, LLP<br>940 Adams Street, Suite A<br>Benicia, CA 94510 | |

I declare under penalty of perjury under the laws of the State of California that the foregoing is a true and correct statement and that this Certificate was executed on September 14, 2012.

By _____
Amy Garcia

- 3 -

NOTICE OF APPEARANCE, REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY, AND [PROPOSED] ORDER THEREON