IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARA HILLS DRIVE LIMITED,<br><br>             Plaintiff,<br><br>     v.<br><br>DARRYL L. PETKER, et al.<br><br>             Defendant._____/ | No. C -11-06610 (EDL)<br><br>**ORDER TO SHOW CAUSE AND TO SET FURTHER CASE MANAGEMENT CONFERENCE** |

This case was removed to federal court on December 12, 2011, based on a complaint filed on February 14, 2011. Plaintiff served the complaint on Defendants In Soo Oh and Chan Im Oh, Defendant Shauna Anderson-McCall, Defendants Myong-Pok Han and Chong-Nan Han, and Defendant Darryl Petker. (Dkt. 69; 84.) The Oh Defendants served their counterclaims and cross-claims on Plaintiff and Defendant Anderson-McCall, the Han Defendants, and Defendant Petker. (Dkt. 69; 84.)

Neither Plaintiff nor the Oh Defendants have served their pleadings on Defendant Peter S. Kim. On February 19, 2013, the Court gave the parties 30 days to find and serve Defendant Kim. (Dkt. 75.) As of June 11, 2013, the parties have failed to comply with the Court's order. Consequently, the Court orders Plaintiff and the Oh Defendants to show cause why Defendant Kim should not be dismissed.

Although the Han Defendants have been served, they have not appeared. (Dkt. 75.) On Plaintiff's motion, the Clerk entered default as to the Han Defendants on March 8, 2013. (Dkt. 78-81.) Plaintiff has not, however, moved for default judgment against the Han Defendants. The Court therefore orders Plaintiff to show cause why it has not done so.

A hearing on the orders to show cause will be held on **June 25, 2013**, at **10:00 a.m.** in

Courtroom E, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. Plaintiff and the Oh Defendants are to file statements regarding the orders to show cause no later than June 18, 2013.

The Court will also hold a Further Case Management Conference on **June 25, 2013**, at **10:00 a.m.** in Courtroom E, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. The Court orders all parties to appear at this conference. A joint case management statement from the parties is due no later than June 18, 2013.

IT IS SO ORDERED.

Dated: June 11, 2013

ELIZABETH D. LAPORTE
United States Chief Magistrate Judge

2