IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARA HILLS DRIVE LIMITED,<br><br>           Plaintiff,<br><br>   v.<br><br>DARRYL L. PETKER, et al.<br><br>           Defendant.<br>_____/ | No. C -11-06610 (EDL)<br><br>**ORDER SEVERING DEFENDANTS MYONG-POX HAN, CHANG-NAN HAN, AND PETER KIM** |

At a case management conference held June 25, 2013, the parties stipulated to the severance of Defendants Myong-Pox Han, Chang-Nan Han, and Peter Kim, all of whom have failed to appear. Upon Plaintiff's request, the Court stayed the severance of Kim until July 26, 2013 to give Kim additional time to appear. Because Kim has still not appeared in this matter, Plaintiff now requests that the Court lift the stay of severance. (Dkt. 107.)

Pursuant to the parties' stipulation, the Court severs Defendants Myong-Pox Han, Chang-Nan Han, and Peter Kim from this case. The Clerk's Office is instructed to open a new case titled Tara Hills Drive Limited v. Myong-Pox Han, Chang-Nan Han, and Peter Kim. The filing fee for the new case is waived. The Clerk's Office shall copy the docket from the above-captioned case into the new case. The new case shall be related to the above-captioned case.

IT IS SO ORDERED.

Dated: July 29, 2013

_Elizabeth D. Laporte_
ELIZABETH D. LAPORTE
United States Chief Magistrate Judge